**Opinion issued February 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00910-CV

————————————

**GALLERIA NAILS AND SUONG THI NGOC HUYNH A/K/A LISA HUYNH, Appellants**

**V.**

**WEINGARTEN REALTY INVESTORS, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-11101**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss this interlocutory appeal. No opinion has issued. Appellee has not opposed the motion.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.